UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY E. RODRIGUEZ, | ) | 3:13-cv-00674-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 11, 2014 |
| CORIZON MEDICAL, et al., | ) | |
| Defendants | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On June 9, 2014, Plaintiff filed a motion requesting the court to "issue a screening order so the case may proceed." (Doc. # 5.)  However, on June 4, 2014, the court issued a screening order dismissing Plaintiff's complaint for failing to state a claim (Doc. # 3), and judgment of dismissal was entered (Doc. # 4).  Therefore, this case is closed.

Plaintiff's motion (Doc. # 5) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk