# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY E. RODRIGUEZ,<br><br>                    Plaintiff-Appellant,<br><br>     v.<br><br>CORIZON MEDICAL, et al.,<br><br>                    Defendants-Appellees. | Case No.  3:13-cv-00674-MMD-WGC<br>Ninth Circuit Court of Appeals No. 14-16272<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on October 29, 2014, issued its mandate dismissing the appeal for appellant's failure to respond to its order dated September 24, 2013, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 3rd day of November 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE